UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY COCHRAN,  | 1:06-cv-00254-OWW-LJO-P |
|        Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 14) |
| vs. | |
| STATE OF CALIFORNIA, et al., | **ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO OBEY A COURT ORDER** |
|        Defendants. | |

Plaintiff Kelly Cochran ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On July 18, 2006, the Magistrate Judge filed a Findings and Recommendation herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendation was to be filed within fifteen days. To date, plaintiff has not filed an objection to the Magistrate Judge's Findings and Recommendation.

//

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed July 18, 2006, is ADOPTED IN FULL; and,

2. This action is DISMISSED, without prejudice, based on plaintiff's failure to obey the Court's orders of March 31, 2006, and May 25, 2006.

IT IS SO ORDERED.

**Dated:   August 17, 2006**             /s/ Oliver W. Wanger
emm0d6                                    UNITED STATES DISTRICT JUDGE